UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALEX LANG, IV,

      Plaintiff,

                                                Case No. 26-cv-10035

v.                                       Hon. Matthew F. Leitman

HURLEY HOSPITAL, *et al.*,

      Defendants.

_____/

### ORDER GIVING PLAINTIFF ONE FINAL OPPORTUNITY TO FILE TRUST FUND ACCOUNT STATEMENTS AND SIGNED CERTIFICATION OF TRUST FUND ACCOUNT

Plaintiff Alex Lang, IV is a prisoner currently confined at the Marquette Branch Prison in Marquette, Michigan. Lang filed a *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983 in this Court on January 6, 2026. When he submitted his Complaint, Lang did not pay the Court's filing fee for a civil action. On January 13, 2026, Magistrate Judge David R. Grand entered an order requiring Lang to either pay the filing fee in full, or in the alternative, to file three documents: (1) the Prisoner's Application to Proceed Without Prepayment of Fees and Costs and Authorization to Withdraw from the Trust Fund Account, (2) a current Certification/Business Manager's Account Statement, and (3) a statement of Trust Fund Account (or institutional equivalent) for the six-month period immediately

1

preceding the filing of the complaint. (*See* Order, ECF No. 3.)  Lang was given thirty days to comply with the order. (*See id.*)

Lang timely filed an Application to Proceed Without Prepayment of Fees and Costs and Authorization to Withdraw from the Trust Fund Account. (*See* Application, ECF No. 4.)  He also filed two statements showing his Trust Fund Account balances, one for the period 01/23/2025 – 08/14/2025 and one for the period 10/01/2025 – 01/01/2026. (*See id.*)  The first statement includes Lang's signature and another person's signature dated October 2020. (*See id.*, PageID.32.)  The second statement has no signature. (*See id.*, PageID.33-34.)  Lang did not file a current Certification/Business Manager's Account Statement or any other documentation wherein an appropriate prison official attested to the authenticity of the trust fund account documents Lang submitted. (*See id.*)  Lang's Application to proceed *in forma pauperis* is therefore deficient in two ways: First, his trust fund account statements need to cover "the 6-month period immediately preceding the filing of the complaint" and second, he needs a signed certification regarding his prison trust fund account for that six-month period. 28 U.S.C. § 1915(a)(2).

The Court has advised Lang once already about the deficiency. (*See* Order, ECF No. 3.)  The Court will give Lang one final opportunity to correct the deficiency by filing the required documents by no later than **Friday, June 5, 2026**.  If Lang fails to comply with the Court's directions, the Court will dismiss his Complaint

2

without prejudice for failure to prosecute based on failure to comply with the deficiency orders. *See, e.g.*, *Erby v. Kula*, 113 F. App'x 74, 75–76 (6th Cir. 2004.)

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  May 4, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 4, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

3