UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALEX LANG, IV,

      Plaintiff,

                                      Case No. 26-cv-10035
v.                                     Hon. Matthew F. Leitman

HURLEY HOSPITAL, *et al.*,

      Defendants.

_____/

## <u>ORDER DISMISSING CASE WITHOUT PREJUDICE</u>

Plaintiff Alex Lang, IV is a prisoner currently confined at the Marquette Branch Prison in Marquette, Michigan.  Lang filed a *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983 in this Court on January 6, 2026.  When he submitted his Complaint, Lang did not pay the Court's filing fee for a civil action.  On January 13, 2026, Magistrate Judge David R. Grand entered an order requiring Lang to either pay the filing fee in full, or in the alternative, to file three documents: (1) the Prisoner's Application to Proceed Without Prepayment of Fees and Costs and Authorization to Withdraw from the Trust Fund Account, (2) a current Certification/Business Manager's Account Statement, and (3) a statement of Trust Fund Account (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. (*See* Order, ECF No. 3.)  Lang was given thirty days to comply with the order. (*See id.*)

1

Lang timely filed some of the required documents, but his trust fund account statements did not cover the six-month period immediately preceding the filing of his Complaint and his filing did not include a current Certification/Business Manager's Account Statement or any other documentation wherein an appropriate prison official attested to the authenticity of the trust fund account documents Lang submitted. (*See* Application to Proceed Without Prepayment of Fees and Costs, ECF No. 4.)  The Court entered an order advising Lang of the deficiencies and gave him "one final opportunity to correct the deficiency by filing the required documents by no later than **Friday, June 5, 2026**." (Order, ECF No. 7, PageID.41.)  The Court warned Lang that failure to comply with the Court's directions would result in the dismissal of his Complaint without prejudice for failure to prosecute based on failure to comply with the deficiency orders. (*See id.*, PageID.41-42 (citing *Erby v. Kula*, 113 F. App'x 74, 75–76 (6th Cir. 2004).)  Lang has failed to file the required documents with the Court and has not requested any additional time to file.  The Court therefore **DISMISSES WITHOUT PREJUDICE** this action for failure to comply with the Court's deficiency orders.

　　**IT IS SO ORDERED**.

　　　　　　　　　　　　　　s/Matthew F. Leitman
　　　　　　　　　　　　　　MATTHEW F. LEITMAN
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Dated:  June 22, 2026

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 22, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

3